DOUGLAS A. GESSELL, ESQ., SBN 210112
LAW OFFICES OF BROWN & GESSELL
2155 W. March Lane, Suite 1-D
Stockton, CA 95207
Ph. (209) 430-5480
Attorney for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELIDA JAIME VARGAS, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YUBA CITY, a municipal corporation; Police Officer TODD WOLFE; Police Officer PAUL HILLEGASS; et al,<br><br>Defendants. | CASE: 2:13-CV-01546-TLN-CKD<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF DEFENDANT, OFFICER TODD WOLFE**<br><br>Trial Date: March 21, 2016 |

THE PARTIES TO THIS ACTION STIPULATE THAT:

Plaintiff hereby voluntarily dismisses with prejudice defendant, OFFICER TODD WOLFE pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

It is further stipulated that Plaintiff and Defendant Wolfe will bear their own costs, including all attorney's fees, in connection with the claims brought against Defendant Wolfe.

OFFICER TODD WOLFE agrees to appear at the trial of this matter without the need of a subpoena.

Dated: January 19, 2016          LAW OFFICES OF BROWN & GESSELL

                                 By: _____
                                     DOUGLAS A. GESSELL
                                     Attorney for Elida Jaime Vargas

Dated: January 19, 2016          ANGELO, KILDAY & KILDUFF, LLP

                                 By:_____
                                     CARRIE McFADDEN
                                     Attorney for Defendants

**ORDER**

GOOD CAUSE APPEARING:

IT IS ORDERED THAT Defendant OFFICER TODD WOLFE is hereby dismissed with prejudice, Plaintiff and Defendant Wolfe will bear their own costs, including all attorney's fees, in connection with the claims brought against Defendant Wolfe, and Officer Wolfe agrees to appear at trial without a subpoena.

Dated: January 25, 2016

_____
Troy L. Nunley
United States District Judge